UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| BALARK, TISHA E. | § | Case No. 08-13084 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/28/2012 in Courtroom 744,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/24/2012          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BALARK, TISHA E. | § | Case No. 08-13084 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 2,100.50 |
| and approved disbursements of | $ | 5.27 |
| leaving a balance on hand of[1] | $ | 2,095.23 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 525.13 | $ 0.00 | $ 525.13 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 564.85 | $ 0.00 | $ 564.85 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 5.25 | $ 0.00 | $ 5.25 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,095.23 |
| Remaining Balance | $ | 1,000.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,371.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ROUNDUP FUNDING, LLC | $ 869.71 | $ 0.00 | $ 56.58 |
| 000002 | ROUNDUP FUNDING, LLC | $ 286.67 | $ 0.00 | $ 18.65 |
| 000003 | FIA CARD SERVICES, N.A. | $ 14,214.68 | $ 0.00 | $ 924.77 |

Total to be paid to timely general unsecured creditors $ 1,000.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Tisha E. Balark  
    Debtor

Case No. 08-13084-ERW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: rmarola     Page 1 of 2     Date Rcvd: Jul 25, 2012  
                 Form ID: pdf006     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2012.

```
db         +Tisha E. Balark,    412 Linden Avenue,    Bellwood, IL 60104-1458
12340509   +Bank of America,    c/o Frederick J Hanna,    1427 Roswell Road,    Marietta GA 30062-3668
12260462   +Brylane Home,    P O Box 182121,    Columbus, OH 43218-2121
12340512   +Capital One Bank,    PO Box 30281,    Salt Lake City UT 84130-0281
12260463   +Citi Cards,    P O Box 6241,    Sioux Falls, SD 57117-6241
12260464    Citibank,    P O Box 6003,    Hagerstown, MD 21747
18005621    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
12260465   +Legal Helpers, P.C.,    20 W. Kinzie, Suite 1300,    Chicago, IL 60654-5816
12260466   +Metrostyle,    220 W. Schrock Road,    Westerville, OH 43081-2873
12340513    RJM Pathology Consultants,    34520 Eagle Way,    Chicago IL 60678-1340
12260467   +Wells Financial Home Mortgage,    P O Box 6423,    Carol Stream, IL 60197-6423
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17999510    E-mail/Text: resurgentbknotifications@resurgent.com Jul 26 2012 03:05:43    Roundup Funding, LLC,
              MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12340514   +E-mail/Text: bkr@cardworks.com Jul 26 2012 03:10:59      Spiegel,    101 Crossway Park West,
              Woodbury NY 11797-2020
                                                                                              TOTAL: 2
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
12340511*    +Brylane Home,    PO Box 182121,    Columbus OH 43218-2121
12340510    ##+Bank of America,    PO Box 17054,    Wilmington DE 19850-7054
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: rmarola              Page 2 of 2                  Date Rcvd: Jul 25, 2012
                              Form ID: pdf006            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2012 at the address(es) listed below:
          Carl B Boyd    on behalf of Debtor Tisha Balark starksboyd@sbcglobal.net
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Gregory J Martucci     on behalf of Defendant Karriem Simmons greg@martuccilaw.com,
           liz@martuccilaw.com
          Lydia Y Siu    on behalf of Creditor   WELLS FARGO BANK, N.A. lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Plaintiff Frances Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                          TOTAL: 6