# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
BALARK, TISHA E.                          §        Case No. 08-13084
                                          §
            Debtor(s)                     §

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker _____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA | | | | | |
| | BRYLANE HOME | | | | | |
| | CAPITAL ONE BANK | | | | | |
| | CAPITAL ONE BANK | | | | | |
| | CITI CARDS | | | | | |
| | CITIBANK | | | | | |
| | LEGAL HELPERS | | | | | |
| | RJM PATHOLOGY CONSULTANTS | | | | | |
| | SPIEGEL | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000001 | ROUNDUP FUNDING, LLC | | | | | |
| 000002 | ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 08-13084 | ERW | Judge: Eugene R. Wedoff |
|----------|----------|-----|-------------------------|
| Case Name: | BALARK, TISHA E. | | |

For Period Ending:  10/10/12

| Trustee Name: | Frances Gecker |
|---------------|----------------|
| Date Filed (f) or Converted (c): | 05/22/08 (f) |
| 341(a) Meeting Date: | 06/19/08 |
| Claims Bar Date: | 01/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE  412 Linden Ave., Bellwood, IL 60104  Debtor Claimed Exemption | 218,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH  Debtor Claimed Exemption | 1.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT  Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS  Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL  Debtor Claimed Exemption | 1,800.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 7. INSURANCE POLICIES  Debtor Claimed Exemption | 15,000.00 | 0.00 | | 0.00 | FA |
| 8. TAX REFUNDS  Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. AUTOMOBILES, TRUCKS, TRAILERS | 1,500.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 08-13084 | ERW | Judge: Eugene R. Wedoff | | |
|---|---|---|---|---|---|

Case Name:   BALARK, TISHA E.

Trustee Name:   Frances Gecker
Date Filed (f) or Converted (c):   05/22/08 (f)
341(a) Meeting Date:   06/19/08
Claims Bar Date:   01/24/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2000 Dodge Intrepid Debtor Claimed Exemption | | | | | |
| 10. FRAUDULENT TRANSFER (u) | 0.00 | 7,000.00 | | 2,100.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.50 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $240,501.00 | $7,000.00 | | $2,100.50 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE WILL BE SUBMITTING A FINAL ACCOUNT FOR APPROVAL AND FILING.

Initial Projected Date of Final Report (TFR): 04/15/14    Current Projected Date of Final Report (TFR): 04/15/12

/s/    Frances Gecker

_____ Date: 10/10/12

FRANCES GECKER

LFORM1

Ver: 17.00a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2                                                                                           Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-13084 -ERW | |
| Case Name: | BALARK, TISHA E. | |

Taxpayer ID No:   *******5007
For Period Ending: 10/10/12

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5528  MONEY MARKET |

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/14/10 | 10 | Tisha Balark<br>Midwest Bank | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 150.00 |
| 02/16/10 | 10 | Karriem Simmons<br>MONEY ORDER | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 300.00 |
| 03/12/10 | 10 | Karriem Simmons<br>MONEY ORDER | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 450.00 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.01 | | 450.01 |
| 04/13/10 | 10 | Karriem Simmons<br>MONEY ORDER | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 600.01 |
| 04/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.01 | | 600.02 |
| 05/12/10 | 10 | Karriem Simmons<br>MONEY ORDER | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 750.02 |
| 05/28/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.02 | | 750.04 |
| 06/17/10 | 10 | Karriem Simmons<br>MONEY ORDER | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 900.04 |
| 06/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.02 | | 900.06 |
| 07/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.02 | | 900.08 |

Page Subtotals                                            900.08              0.00

Ver: 17.00a

LFORM24

**FORM 2**      Page: 2

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-13084 -ERW |
| Case Name: | BALARK, TISHA E. |
| Taxpayer ID No: | *******5007 |
| For Period Ending: | 10/10/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5528  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/04/10 | 10 | Karriem Simmons Frank/Gecker LLP 325 N. LaSalle Suite 625 Chicago, IL 60654 | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 1,050.08 |
| 08/17/10 | 10 | Karriem Simmons Money Order | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 1,200.08 |
| 08/31/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,200.11 |
| 09/22/10 | 10 | Karriem Simmons Money Order | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 1,350.11 |
| 09/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,350.14 |
| 10/26/10 | 10 | Karriem Simmons Money Order | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 1,500.14 |
| 10/29/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,500.17 |
| 11/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,500.21 |
| 12/01/10 | 10 | Karriem Simmons Money Order | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 1,650.21 |
| 12/31/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,650.25 |

Page Subtotals    750.17    0.00

Ver: 17.00a

FORM 2

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          08-13084  -ERW
Case Name:     BALARK, TISHA E.

Trustee Name:                          Frances Gecker
Bank Name:                             BANK OF AMERICA
Account Number / CD #:         *******5528  MONEY MARKET

Taxpayer ID No:    *******5007
For Period Ending:  10/10/12

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/05/11 | 10 | Karriem Simmons Money Order | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 1,800.25 |
| 01/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,800.29 |
| 02/03/11 | 10 | Karriem Simmons Money Order | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 1,950.29 |
| 02/28/11 | 10 | Karriem Simmons Money Order | FRAUDULENT TRANSFER | 1241-000 | 150.00 | | 2,100.29 |
| 02/28/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,100.30 |
| 03/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,100.32 |
| 04/29/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,100.34 |
| 05/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,100.36 |
| 06/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,100.38 |
| 07/29/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,100.40 |
| 08/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,100.42 |
| 09/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,100.44 |
| 10/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,100.46 |

Page Subtotals                    450.21              0.00

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2                                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                    Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-13084  -ERW | |
| Case Name: | BALARK, TISHA E. | |

| | |
|---|---|
| Taxpayer ID No: | *******5007 |
| For Period Ending: | 10/10/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5528  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 2.68 | 2,097.78 |
| 11/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,097.80 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 2.59 | 2,095.21 |
| 12/29/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,095.23 |
| 12/29/11 | | Transfer to Acct #*******2160 | Bank Funds Transfer | 9999-000 | | 2,095.23 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 2,100.50 | 2,100.50 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 2,095.23 | |
| Subtotal | 2,100.50 | 5.27 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,100.50 | 5.27 | |

| | | |
|---|---|---|
| Page Subtotals | 0.04 | 2,100.50 |

Ver: 17.00a

FORM 2

Page:   5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-13084 -ERW |
| Case Name: | BALARK, TISHA E. |
| | |
| Taxpayer ID No: | *******5007 |
| For Period Ending: | 10/10/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2160  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5528 | Bank Funds Transfer | 9999-000 | 2,095.23 | | 2,095.23 |
| 08/29/12 | 001000 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 525.13 | 1,570.10 |
| 08/29/12 | 001001 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654    Fees           564.85    Expenses        5.25 | Attorney for Trustee Fees (Trustee | 3110-000 3120-000 | | 570.10 | 1,000.00 |
| 08/29/12 | 001002 | ROUNDUP FUNDING, LLC MS 550 PO BOX 91121 SEATTLE, WA 98111-9221 | Claim 000001, Payment 6.51% | 7100-000 | | 56.58 | 943.42 |
| 08/29/12 | 001003 | ROUNDUP FUNDING, LLC MS 550 PO BOX 91121 SEATTLE, WA 98111-9221 | Claim 000002, Payment 6.51% | 7100-000 | | 18.65 | 924.77 |
| 08/29/12 | 001004 | FIA CARD SERVICES, N.A. PO BOX 15102 WILMINGTON, DE 19886-5102 | Claim 000003, Payment 6.51% | 7100-000 | | 924.77 | 0.00 |

Page Subtotals    2,095.23    2,095.23

Ver: 17.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2                                                                                  Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-13084 -ERW | |
| Case Name: | BALARK, TISHA E. | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2160  GENERAL CHECKING |

| | |
|---|---|
| Taxpayer ID No: | *******5007 |
| For Period Ending: | 10/10/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| COLUMN TOTALS | 2,095.23 | 2,095.23 | 0.00 |
| Less:  Bank Transfers/CD's | 2,095.23 | 0.00 | |
| Subtotal | 0.00 | 2,095.23 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,095.23 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******5528 | 2,100.50 | 5.27 | 0.00 |
| GENERAL CHECKING - ********2160 | 0.00 | 2,095.23 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,100.50 | 2,100.50 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

                    /s/     Frances Gecker

Trustee's Signature: _____ Date: 10/10/12
                    FRANCES GECKER

Page Subtotals                    0.00          0.00

Ver: 17.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*